(May 14, 1937.)

GEORGE FOXSON, Plaintiff, v. ELMUS BUILDING CORPORATION and Others, Defendants; AUGUST KNEHER, Appellant; J. P. DUFFY Co. and Others, Respondents.— The decision of this court handed down on May 7, 1937 [*ante*, p. 719], is hereby amended to read as follows: Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

ANTHONY AMATO, Appellant, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— In this negligence action the trial justice denied the motion of the defendant, without reservation, to dismiss the complaint and submitted the questions of fact to the jury. After they had been deliberating for some time the jury was returned to the court and a verdict for the defendant was directed. This constituted error, for the trial justice was without power or authority to direct a verdict at that time. (*Wallace* v. *D'Aprile*, 221 App. Div. 402; *Crowell Corporation* v. *Baugh & Sons Co.*, 237 id. 68; *Owens* v. *Jaller*, 240 id. 785, and *Dougherty* v. *Salt*, 227 N. Y. 200.) Judgment reversed on the law and a new trial granted, with costs to abide the event. Hagarty, Davis, Johnston, Adel and Close, JJ., concur.

FRANK BELLINO and SALVATORE BELLINO, Respondents, v. PHILIP A. LERNER, HENRY PANICCIO and L. B. P. LANDSCAPING Co., INC., Appellants, and YONKERS NATIONAL BANK AND TRUST COMPANY, Defendant.— In an action to compel officers of defendant L. B. P. Landscaping Co., Inc., to account for alleged wrongful acts, and for a dissolution of the corporation, the Special Term granted a motion to dismiss the complaint as to plaintiff Salvatore Bellino, with leave to serve a second amended complaint, and denied the motion to dismiss as to plaintiff Frank Bellino. Order, so far as appealed from, affirmed, with ten dollars costs and disbursements, with leave to the appealing defendants to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of DOROTHY HANSON, Respondent, v. JOHN THOMAS NEIL, Appellant.— Order of the Court of Special Sessions of the City of New York, Borough of Richmond, in a filiation proceeding, unanimously affirmed. No opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

COUNTY SECURITIES, INC., Respondent, v. ALICE SEACORD, Appellant, and Others, Defendants.— Appeal from a final judgment of foreclosure and sale of a transfer of tax lien and bringing up for review an intermediate order striking out the defendant's answer and directing a reference to compute. Judgment and order unanimously affirmed, without costs; respondent having failed to appear or to file a brief. No opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.